EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON  #4532
Assistant U.S. Attorney

HIEP P. PHAM
Special Assistant U.S. Attorney
300 Ala Moana Blvd., Room 6-100
Honolulu, Hawaii 96850
Telephone:  (808) 656-1360
Facsimile:  (808) 656-1370
Email: phamhp@schofield.army.mil

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. CR04 00280 HG |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | INDICTMENT |
| vs. | ) | |
| | ) | |
| JERMAINE O. JOHNSON, | ) | [18 U.S.C § 113(a)(3); |
| | ) | 18 U.S.C. § 113(a)(6)] |
| Defendant. | ) | |

INDICTMENT

COUNT 1

(18 U.S.C. § 113(a)(3))

The Grand Jury charges that:

On or about July 18, 2004, in the District of Hawaii, at a place within the special maritime and territorial jurisdiction of the United States, to wit: Schofield Barracks, Hawaii, defendant, JERMAINE O. JOHNSON, did assault Vernon P.

Morgan with a dangerous weapon, to wit: a baseball bat, with the intent to do bodily harm.

All in violation of Title 18, United States Code, Section 113(a)(3).

### COUNT 2
(18 U.S.C § 113(a)(6))

The Grand Jury further charges that:

On or about July 18, 2004, in the District of Hawaii, at a place within the special maritime and territorial jurisdiction of the United States, to wit: Schofield Barracks, Hawaii, defendant, JERMAINE O. JOHNSON, did assault Vernon P. Morgan, resulting in serious bodily injury.

All in violation of Title 18, United States Code, Section 113(a)(6).

DATED:     July 28, 2004    , at Honolulu, Hawaii.

A TRUE BILL
/s/
_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
RONALD G. JOHNSON
Assistant U.S. Attorney

By _____
HIEP D. PHAM
Special Assistant U.S. Attorney

United States v. Jermaine O. Johnson
"Indictment"