ORIGINAL

| PROB 22<br>(Rev. 2/88)<br><br>**TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)*<br>CR 04-00280JMS-01 |
|---|---|
| | DOCKET NUMBER *(Rec. Court)*<br>3:07CR032 |

| NAME OF PROBATIONER/SUPERVISED RELEASEE:<br><br>JERMAINE O. JOHNSON | DISTRICT<br><br>District of Hawaii | DIVISION<br><br>Honolulu |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>J. Michael Seabright | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>7/3/2006 | TO<br>7/2/2009 |

| OFFENSE<br><br>ASSAULT WITH A DANGEROUS WEAPON, in violation of 18 U.S.C. § 113(a)(3) | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>JAN 3 1 2007<br><br>at ___ o'clock and ___ min. ___ M<br>SUE BEITIA, CLERK |
|---|---|

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of Virginia (Colonial Heights) upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| 1-10-2007 | 7 Michael ____ |
|---|---|
| Date | United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern District of Virginia (Colonial Heights)

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 1-22-07 | James R. Spencer |
|---|---|
| Effective Date | United States District Judge |